IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| L.B. JEFFERSON | § | |
| v. | § | CIVIL ACTION NO. 6:14cv616 |
| WARDEN WOOD, ET AL. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE
## AND ENTERING FINAL JUDGMENT

The Plaintiff L.B. Jefferson, an inmate confined in the Skyview Unit, a psychiatric facility of the Texas Department of Criminal Justice, Correctional Institutions Division, filed this civil rights lawsuit under 42 U.S.C. §1983 complaining of alleged violations of his constitutional rights in the Texas Department of Criminal Justice, Correctional Institutions Division. This Court ordered that the case be referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to United States Magistrate Judges.

The Magistrate Judge ordered Jefferson to pay the filing fee or to submit an application for leave to proceed *in forma pauperis* accompanied by a certified inmate trust account data sheet. Jefferson was also directed to file an amended complaint setting out a short and plain statement of his claim, as required by Fed. R. Civ. P. 8. When Jefferson did not comply with these orders, the Magistrate Judge issued a Report recommending that the lawsuit be dismissed for failure to prosecute or to obey an order of the Court.

On November 4, 2014, Jefferson sent a letter to the Court which states that on October 8, 2014, he requested an out of court settlement providing that various persons including a state district judge would be arrested and receive sentences of life in prison without parole and he, Jefferson, would receive "278 trillion checks a week at 278 trillion dollars" and "278 million checks a month

at 278 million dollars." He also says that he is supposed to receive 998 million dollars a month from the City of Alvin. Jefferson signs the letter "Chief Justice and Executive Chief Officer of the Bureau of Prisons Board of Pardons and Parole." To the extent that Jefferson's letter may be construed as objections to the Magistrate Judge's Report, these are patently without merit.

The Court has conducted a careful *de novo* review of the pleadings in this cause, the Report of the Magistrate Judge, and Jefferson's letter of November 4, 2014, construed as objections to this Report. Upon such *de novo* review, the Court has concluded that the Report of the Magistrate Judge is correct and Jefferson's objections are without merit. It is accordingly

ORDERED that the Plaintiff's objections are overruled and the Report of the Magistrate Judge (docket no. 5) is ADOPTED as the opinion of the District Court. It is further

ORDERED that the above-styled civil action be and hereby is DISMISSED without prejudice for failure to prosecute or to obey an order of the Court. Finally, it is

ORDERED that any and all motions which may be pending in this action are hereby DENIED.

   **So ORDERED and SIGNED this 15th day of December, 2014.**

_____
   **LEONARD DAVIS**
   **UNITED STATES DISTRICT JUDGE**